W. L. EVERHART v. SOUTHERN PUBLIC UTILITIES COMPANY.

(Filed 10 January, 1934.)

APPEAL by plaintiff from *Cowper, Special Judge,* at November Term, 1933, of FORSYTH. Affirmed.

*Parrish & Deal and Fred S. Hutchins for plaintiff.*
*Manly, Hendren & Womble for defendants.*

PER CURIAM. The plaintiff brought suit to recover damages for personal injury resulting from the collision of an automobile and a street car. The county court dismissed the action as in case of nonsuit and on appeal the Superior Court affirmed the judgment. As the record contains no adequate evidence of actionable negligence the judgment is
     Affirmed.